UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                      Bankr. Case No. 21-19088-SLM

Allen L. Little                                             Chapter 13

     Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood _____

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                    Bankr. Case No. 21-19088-SLM

Allen L. Little                                                           Chapter 13
        Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on December 13, 2021 :

MELINDA D MIDDLEBROOKS                          Marie-Ann Greenberg
841 Mountain Ave                                30 Two Bridges Road
First Floor                                     Suite 330
Springfield, NJ 07081                           Fairfield, NJ 07004

                                            By   /s/ Mandy Youngblood
                                                 Mandy Youngblood

xxxxx45910 / 1050100